BRUNO & FERRARO, ESQS.
261 Park Avenue, Rutherford, NJ 07070 (201) 460-9494
Attorneys for Defendant: John Perna

| UNITED STATES | : UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
|---|---|
| Plaintiff | : CRIMINAL NO. 04-709-03 |
| vs. | : |
| JOHN PERNA | : CRIMINAL ACTION |
| Defendant. | : CONSENT ORDER |

This matter having come before the Honorable Katharine S. Hayden, United States District Court, upon the application of John J. Bruno, Jr., Esq., attorney for the defendant, John Perna, and with the consent of Ronald Wigler, Assistant United States Attorney, United States Attorney's Office, on behalf of the ~~State~~ Government, that the defendant, John Perna, be permitted to have in his residence a computer with all other bail conditions to remain in place.

IT IS HEREBY ORDERED, this 21st day of May, 2008, that the defendant, John Perna, be permitted to have in his residence a computer that will be monitored by the United State Probation Department, with all other bail conditions to remain in place is hereby granted.

HON. KATHARINE S. HAYDEN, U.S.D.J.

I hereby consent to the entry
of the within Order

RONALD WIGLER
ASSISTANT UNITED STATES ATTORNEY

TOTAL P.003