BRUNO & FERRARO, ESQS.
261 PARK AVENUE, RUTHERFORD, NJ 07070 (201) 460-9494
Attorneys for Defendant: John Perna

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:04 cr-709 (KSH) |
| ) | |
| v. ) | CONSENT ORDER |
| ) | |
| JOHN PERNA ) | |

This matter having come before the Honorable Katherine S. Hayden, U.S.D.J., United States District Court, upon the application of John J. Bruno, Jr., Esq., attorney for the defendant, John Perna, and with the consent of Grady O'Malley, A.U.S.A., Office of the United States Attorney, on behalf of the State, and for good cause shown;

**IT IS ORDERED**, this 26th day of May, 2010, that the defendant, John Perna, is hereby removed/released from electronic monitoring.

HON. KATHERINE S. HAYDEN, U.S.D.J.

I hereby consent to the entry
of the within Order

_____
GRADY O'MALLEY, A.U.S.A.